# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ESTATE OF AARON SMITH, by and through successor in interest, LYDIA SMITH; LYDIA SMITH, individually; AARON SMITH JR., individually; LYNETTE SMITH, individually; SARA SMITH, individually,<br><br>     Plaintiffs,<br><br>  v.<br><br>HEMET POLICE DEPARTMENT, a public entity; CITY OF HEMET, a public entity; EDDIE PUST, in his individual and official capacities; and DOES 1 through 10, individually,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**CASE NO.: 5:23-cv-01767-SSS-SHKx**

**ORDER RE JOINT STIPULATION REGARDING LEAVE TO FILE FIRST AMENDED COMPLAINT**

**Action Filed:** August 31, 2023
**Trial Date:** June 2, 2025

**NOTE CHANGES MADE BY COURT**

---

1

**ORDER RE JOINT STIPULATION REGARDING LEAVE TO FILE FIRST AMENDED COMPLAINT**

The Court having read and considered the parties' Stipulation regarding leave to file a first amended complaint, and good cause having been shown therefor, the Court hereby orders as follows:

1. Plaintiffs ESTATE OF AARON SMITH, et al. shall have leave to file their first amended complaint in this matter to name Luis Reyes, David McDonough, Yesenia Ornelas, Matthew Chavez, and Scott Marshall as defendants in this action.

2. Plaintiffs ESTATE OF AARON SMITH, et al., shall accomplish such filing fifteen (15) days after the signing of the order giving effect to the instant application.

3. Plaintiffs ESTATE OF AARON SMITH, et al., are further DIRECTED to file contemporaneously therewith a Notice of Lodging to the first amended complaint that provides the Court with a redline version that shows the amendments.  An additional copy of this redlined version must be provided to Chambers by email at SSS_Chambers@cacd.uscourts.gov on the same day it is filed electronically.

**IT IS SO ORDERED**

Dated: July 17, 2024

_____
**The Honorable Sunshine S. Sykes**
**United States District Judge**

2

**ORDER RE JOINT STIPULATION REGARDING LEAVE TO FILE FIRST AMENDED COMPLAINT**