UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-01767-SSS-ACCVx | Date | May 15, 2026 |
|---|---|---|---|
| Title | *Estate of Aaron Smith et al. v. Hemet Police Department et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH CIVIL TRIAL ORDER**

The Court's Civil Trial Order requires that all pretrial documents, including any amended documents, must be filed and emailed to Chambers the day they are due, and that the parties must deliver a joint trial binder containing all pretrial documents, indexed and with an accompanying table of contents, to the Court's Courtesy Box located outside of Courtroom 2 on the 2nd floor at the United States District Court, 3470 12th Street, Riverside, California 92501, no later than 5:00 p.m. on the day trial filings are due.[1]  The parties failed to comply with these requirements.

Accordingly, the Court hereby **ORDERS** the parties to show cause in writing no later than **12:00 p.m. (noon) on Monday, May 18, 2026,** why sanctions should not be imposed for failure to comply with the Court's Civil Trial Order. **The parties shall also email to Chambers all outstanding pretrial documents**

---

[1] https://apps.cacd.uscourts.gov/JpsApi/file/e3ae0eb5-19e4-4500-a590-fea2cb830974.

**and deliver the required joint trial binder to the Courtesy Box no later than that same deadline.**

Failure to respond to this Order or to submit the required materials by the deadline may result in sanctions and appropriate relief.

**IT IS SO ORDERED.**

CIVIL MINUTES—GENERAL

Initials of Deputy Clerk iv